CLERK'S OFFICE
A TRUE COPY
Jul 22, 2025
s/JDD
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  **25-M-465 (SCD)**
information associated with documentos.express@yahoo.com, )
peraltaamalia@yahoo.com, and zepedatayde@yahoo.com that is stored )
at premises owned, maintained, controlled, or operated by Yahoo! Inc., a )
company headquartered at 770 Broadway, New York, NY 10003 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    8-5-25
_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Stephen C. Dries _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    7-22-25 11:45 am
_____            _____
                                                        *Judge's signature*

City and state:   Milwaukee, WI _____         Stephen C. Dries, U.S. Magistrate Judge
_____                                        *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

*Property to be searched*

This warrant applies to information assocated with documentos.express@yahoo.com, peraltaamalia@yahoo.com, and zepedatayde@yahoo.com that is stored at premises owned, maintained, controlled, or operated by Yahoo! Inc., a company headquartered at 770 Broadway, New York, NY 10003.

## ATTACHMENT B

*Particular Things to be Seized*

I.   **Information to be disclosed by Yahoo! Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on May 15, 2025, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.   The contents of all emails associated with the accounts January 1, 2019, to the present, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.   All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of services used, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.   The Types of service utilized;

d.      All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures and files; and

e.      All records pertaining to communications between the Provider and any person regarding the account, including contact with support services and records of actions taken.

II.  **Information to be seized by the government**

All information described above in Section I that constitutes evidence or instrumentalities of violations of Title 18 U.S.C. § 1343 (wire fraud) and Title 26 U.S.C. § 7206(2) (aiding or assisting in the preparation of false or fraudulent tax returns) involving Amalia Zepeda Peralta, Tayde Katy Zepeda Mendez, or their accomplices or associates, and occurring after January 1, 2019, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a.      Preparing and/or filing tax returns, including those involving Return Preparer and Questionable Refund schemes, including ITIN refund schemes, including efforts to prepare for conceal the scheme, or the identities of any person involved in such a scheme;

b.      Communications relating to Amalia Zepeda Peralta, Tayde Katy Zepeda Mendez, and any variations of those names.

c.      Financial transactions, financial instruments, communication concerning financial transactions, financial institutions, or transactions involving or potentially involving tax refunds;

d.      Establishing, operating, or ending business entities;

2

e.    Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

f.    Evidence indicating the email account owner's state of mind as it relates to the crimes under investigation;

g.    The identity of the person(s) who created or used the user ID, including records that help reveal the whereabout of such person(s);

h.    The identity of the person(s) who communicated with the user ID about matters relating to wire fraud and assisting in preparing and filing fraudulent tax returns, including records that help reveal their whereabouts.

3



CLERK'S OFFICE
A TRUE COPY
Jul 22, 2025
s/JDU
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

information associated with documentos.express@yahoo.com,
peraltaamalia@yahoo.com, and zepedatayde@yahoo.com that is stored
at premises owned, maintained, controlled, or operated by Yahoo! Inc., a
company headquartered at 770 Broadway, New York, NY 10003

)
)
)
)
)
)

Case No. **25-M-465 (SCD)**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C § 1343 | Wire Fraud |
| Title 26, U.S.C § 7206(2) | Aiding or assisting in the preparation of false or fraudulent tax returns |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Digitally signed by Nummerdor Jared D
Date: 2025.07.21 11:33:04 -05'00'

*Applicant's signature*

Jared Nummedor, Special Agent - IRS

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means).*

Date: 7-22-25

*Judge's signature*

City and state: Milwaukee, WI

Stephen C. Dries, U.S. Magistrate Judge

*Printed name and title*

**<u>AFFIDAVIT IN SUPPORT OF AN</u>**
**<u>APPLICATION FOR A SEARCH WARRANT</u>**

I, Jared Nummerdor, being first duly sworn, hereby depose and state as follows:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

1.      I make this affidavit in support of an application for a search warrant for information associated with the email addresses Documentos.express@yahoo.com ("TARGET EMAIL #1"), peraltamalia@yahoo.com ("TARGET EMAIL #2"), and zepedatayde@yahoo.com ("TARGET EMAIL #3) (collectively, "TARGET EMAILS") that is stored at premises controlled by Yahoo! Inc. (Yahoo), an email provider headquartered at 770 Broadway, New York, NY 10003. The information to be searched is described in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Yahoo to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government authorized persons will review that information to locate the items described in Section II of Attachment B.

2.      I am a Special Agent with the Internal Revenue Service – Criminal Investigation (IRS-CI) and have been since December 4, 2023. I am currently assigned to the Chicago Field Office and conduct investigations in the Eastern District of Wisconsin. I have completed the Criminal Investigator Training Program and the Special Agent Basic Training for IRS-CI at the Federal Law Enforcement Training Center in Glynco, GA. I have a bachelor's degree from

Lakeland University located in Sheboygan, Wisconsin where I majored in accounting with an emphasis in fraud and forensic, and I minored in criminal justice.

3.     Through my specialized training I have learned, among other things, financial investigative techniques used to carry out my responsibilities of conducting criminal investigations relating to violations of the Internal Revenue Code (Title 26, United States Code), the Money Laundering Control Act (Title 18, United States Code), the Bank Secrecy Act (Title 31, United States Code), and other related offenses. My training and experience include the execution of search warrants.

4.     This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## RELEVANT CRIMINAL STATUTES

5.     Based on the facts disclosed in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 1343 (wire fraud) and Title 26 U.S.C. § 7206(2) (aiding or assisting in the preparation of false or fraudulent tax returns) have been committed by those individuals and their accomplices discussed herein. There is also probable cause to search the information described in Attachment A for evidence and instrumentalities of these crimes further described in Attachment B.

## JURISDICTION

6.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), &

2

(c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## BACKGROUND RELATING TO IRS REGULATIONS AND PROVISIONS

7. Every person who earns United States (U.S.) source income is required to pay taxes. U.S. citizens are required to pay taxes on worldwide income from whatever source derived. The IRS typically treats any individual living in the U.S., either legally or illegally, as a resident alien who is taxed on worldwide income and required to file an income tax return just like any U.S. citizen.

8. Every person who files a U.S. income tax return must provide a taxpayer identification number when the person files a return. For American citizens or resident aliens who entered the United States legally, this would typically be a Social Security Number (SSN). However, individuals, such as resident aliens and non-resident aliens who are not eligible for an SSN, must apply for an Individual Taxpayer Identification Number (ITIN). An ITIN is for tax use only and does not change a taxpayer's immigration status or his/her legal right to work in the U.S. An ITIN can be distinguished from an SSN because the first number is a nine, has a range of numbers from "50" to "65", "70" to "88", "90" to 92" and "94" to "99" for the fourth and fifth digits and is formatted like an SSN (i.e. 9XX-7X-XXXX). Only resident aliens and nonresident aliens (having earned income in the United States and therefore required to file a federal individual income tax return) who do not have, and are not eligible for, a social security number may apply for an ITIN.

9. In order to obtain an ITIN, a taxpayer must submit to the IRS an Application for IRS Individual Taxpayer Identification Number, Form W-7, and an original valid U.S. Federal

3

Income Tax Return or documentation explaining the exception to the tax return requirement. In addition, the following documents of personal identifying information (PII) must be submitted:

    a. An original passport or;

    b. A combination of two or more Personally Identifying Information ("PII") documents that show the taxpayer's name and photograph (with the exception of children under the age of 14). These documents include: United States Citizenship and Immigration Services photo ID; national ID card; Visa issued by the US; US or Foreign Driver's License; US or Foreign Military Card; foreign voter ID card; birth certificate; school records (if under the age of 14); medical records (if under the age of 6); and/or some other identifying document. In lieu of originals, the taxpayer may provide copies that are certified by the issuing agency.

10. If IRS accepts the Application for Individual Taxpayer Identification number, IRS will process the tax return, issue each person on the tax return an ITIN, and mail each person listed on the tax return IRS Notice CP565. IRS Notice CP565 is a letter alerting the applicant that their application was accepted and providing the applicant with a specifically assigned ITIN. IRS Notice CP565 also lists instructions for the proper use of an ITIN.

<u>**SOURCES OF INFORMATION**</u>

11. The information set forth in this affidavit is based on my personal knowledge and investigation, information that I received from other law enforcement officers, and information I have learned from the other sources specifically discussed herein. I believe these sources of information to be credible and reliable based on the corroboration of the information and my experience with these matters. The information in this affidavit does not include all of my

4

knowledge and investigation into this case. These facts are presented for the sole purpose of establishing probable cause in support of the application for a search warrant.

12.    Based on my training, experience, and feedback from other experienced law enforcement officers, I am aware that:

a.    Tax return preparer fraud schemes normally involve multiple false tax returns that appear to have been prepared by the same individual. The tax returns normally share similar tax return characteristics that establish a pattern of fraud.

b.    Tax return preparer fraud schemes often involve the electronic filing (e-filing) of false tax returns using false Form(s) W-2, Wage and Tax Statement, with inflated wages and inflated federal and state income tax withholdings to obtain a larger income tax refund. In actuality, the individual listed as the employee on each Form W-2 did not earn the wages from the employer listed and did not have the amount of income tax withholdings.

c.    Perpetrators will charge scheme participants a fee for preparing false Form(s) W-2 and for the preparation of a false tax return to be filed for a substantial refund. These fees are typically larger than a typical return preparer fee, and they are generally paid in cash. This generates large amount of wealth in cash for the perpetrators of the scheme.

d.    Individuals who engage in an ITIN refund scheme for a given year will frequently do the same scheme, or a similar scheme, in the following year.

5

e.  Return Preparers filing ITIN scheme returns do not list any identifying information in the paid preparer section of the tax returns they prepare, making it difficult for authorities to trace returns back to that particular tax preparer.

**PROBABLE CAUSE**

13.  I am currently investigating an allegation that Amalia Zepeda Peralta (Peralta) and Tayde Katy Zepeda Mendez (Tayde) aided or assisted taxpayers by preparing and filing false or fraudulent federal tax returns with the IRS. These tax returns allegedly report false Forms W-2 with inflated federal income tax withholdings in order to obtain refunds to which the taxpayers were not entitled. This investigation encompasses the 2019 through 2024 tax years.

*ITIN Scheme Noticed in TAC*

14.  On August 22, 2024, an Individual Taxpayer Advisory Specialist (ITAS) from the Milwaukee, WI Taxpayer Assistance Center (TAC) was interviewed.  The ITAS believed they had spotted a possible Individual Taxpayer Identification Number (ITIN) scheme going through the Milwaukee, WI TAC.  They noticed a trend of individuals going into the TAC under the Taxpayer Protection Program (TPP)[1] to verify each individuals' identities. The individuals all had ITINs and Forms 1040, U.S. Individual Income Tax Returns (Form 1040), for the 2021, 2022, and 2023 tax years.

15.  The ITAS described the individuals as being Hispanic, bringing in three tax returns, having ITINs, most having Forms W-2, from the same few employers, and at the beginning, all

---

[1] The TPP is a program in which the IRS proactively identifies and prevents the processing of tax returns that may involve identity theft.  If an individual's return is flagged by the TPP, the individual can go to the TAC and verify their identity. Once their identity is verified the return will be processed.

having the same female interpreter. Each Form 1040 had Forms W-2 attached showing approximately $50,000 or more in gross wages and federal income tax withholdings of approximately $14,000 to $16,000. Each Form 1040 resulted in federal income tax refunds equaling approximately $10,000 or more.

16. Once the ITAS notice the trend, they asked the interpreter what her name was. The female interpreter responded saying her name was "Martha." After asking for her name, the ITAS has not seen the female interpreter in the Milwaukee, WI TAC.

### *Referral to SDC & SDC's Report*

17. I reviewed the information provided by the ITAS and referred the information to the IRS-CI Scheme Development Center (SDC). The SDC assigned an analyst to investigate the data, and the analyst wrote up a report, dated 09/25/2024.

18. The SDC analyst identified approximately 1,013 tax returns linked to the ITIN scheme matching information collected by the IRS. These returns were linked via Device ID: C03037D0211B69D065FE31DDA66FF091A94061AC and the following emails. Per IRS records, the following emails were associated with the tax software accounts that created the fraudulent tax returns in the ITIN scheme:

    a. documentos.express@yahoo.com (TARGET EMAIL #1)

    b. peraltaamalia@yahoo.com (TARGET EMAIL #2)

    c. zepedatayde@yahoo.com (TARGET EMAIL #3)

    d. sasomaricela@yahoo.com

    e. 2adriancervantes@gmail.com

19. A summary of the returns the SDC analyst found follows:

7

| Processing Year | Total Returns | Refund Claimed | Refund Claimed | Refunds Issued[1] |
|---|---|---|---|---|
| 2024* | 279 | 275 | $2,867,178.00 | $2,240,065.00 |
| 2023 | 224 | 222 | $1,570,315.00 | $1,446,969.00 |
| 2022 | 188 | 183 | $1,308,345.00 | $1,080,490.00 |
| 2021 | 203 | 200 | $1,133,531.00 | $915,735.00 |
| 2020 | 119 | 116 | $718,892.00 | $603,607.00 |
| Total | 1013 | 996 | $7,598,261.00 | $6,286,866.00 |
| 2024 | | 98.6% | | |
| 2023 | | 99.1% | | |
| 2022 | | 97.3% | | |
| 2021 | | 98.5% | | |
| 2020 | | 97.5% | | |
| Total | | 98.3% | | |

*Current processing year returns as of 09/16/2024.*

[1] *The refunds Issued figures represent the dollar amount of refunds issued by the government. They may not be the same as the Refunds Claimed amount due to questionable refunds held, audits, adjustments, penalties, and interest. It is possible that a portion of the refunds are comprised of a portion of legitimately owed refunds. To accurately assess the Harm to the Government additional investigative actions are needed.*

20.     The SDC analyst also conducted Open-Source Intelligence Research (OSINT) for the emails indicated above. A search of the email, documentos.express@yahoo.com (TARGET EMAIL #1), developed associated accounts with Twitter, username express2511, and with Poshmark, username aperalta81. Poshmark is an online shopping marketplace where buyers and sellers connect with each other to sell different fashion items. The username aperalta81 on Poshmark was link to Amalia Zepeda (Peralta) with the following photo:



Meet your Posher, Amalia
$0

21.     I showed this picture to the Milwaukee, WI TAC ITAS, and the ITAS stated the female in the picture was Martha, the interpreter that was initially coming into the TAC with the individuals identified in the ITIN scheme.

### *Landmark Credit Union*

22.     On February 19, 2025, I talked with a Landmark Credit Union (LCU) Investigator. The investigator stated that four individuals with Nicaraguan passports were brought into LCU by Adelina Garcia Velazquez (Velazquez) to set up bank accounts and deposit federal income tax refund checks. Three of the individuals were brought to LCU on January 3, 2025, and the other individual was brought to LCU in December 2024. During one of the interactions, Velazquez told a LCU associate that the individuals got their tax returns prepared by Amalia Zepeda (Peralta) at 5512 W. North Ave., Apt 270, Milwaukee, WI.

23.     I researched the federal tax returns of the four individuals who went into LCU. The federal tax returns matched the same characteristics of the ITIN scheme.

24.     On March 18, 2025, I received documentation from LCU that indicates an Enhanced Due Diligence (EDD) analyst spoke with Tayde, who confirmed that she is a tax preparer, and she is working with her sister, who has a tax license. It goes on to say Tayde states that her clients are paying her via Zelle[2]. Tayde stated that she charges $500 for a business and $320 for a personal tax return. Tayde admitted that she and her sister were unable to get business

---

[2] Per Zelle's Website, "Zelle® is a convenient way to send and receive money with friends, family and others you trust through your bank or credit union's mobile app or online banking. All you need is your recipient's email address or U.S. mobile number, and money will be available to use in minutes if they're already enrolled with Zelle®. Your account information and activity stay private. Zelle® is available in over 2,200 bank and credit union apps - so it's probably already in yours."

accounts and that is why the payer-to-payer credits are coming into her personal bank account. Tayde also stated she sells clothing and electronics to her customers and that is why the credits are higher than her stated fees. Tayde stated she splits the money with her sister by allowing her sister to use her Landmark debit card to buy personal items and pay bills.

25.     Based on my knowledge, experience, and investigation to date, I believe the sister mentioned in the conversation, between the EDD Analyst and Tayde, is Peralta.

### *Madison TAC Interactions*

26.     On February 6, 2025, the manager for the Milwaukee, WI TAC informed me that the manager for the Madison, WI TAC was also having appointments matching the ITIN scheme. All the individuals that were going to the Madison, WI TAC had Milwaukee, WI addresses.

27.     On February 11, 2025, an individual, Keylor A. Salazar (Salazar), went into the Madison, WI TAC and presented tax returns that matched the ITIN scheme. During this interaction an employee of the Madison, WI TAC scanned the documents Salazar brought with him. In the documents he brought was a handwritten receipt. This receipt indicates $1,500 was received from Salazar for 2024. The receipt also notates "Zelle" and "A.P.", which I believe based on my experience, training, and the investigation to date the payment was made via Zelle, and the A.P. stands for Amalia Peralta. See the following image:

28.     Per IRS records, Salazar's 2024 Form 1040 was e-filed with the IRS on January 18, 2025, and the TARGET EMAIL #1 is associated with the creation of this return. A Verizon Internet Protocol (IP) Address, 2600:1008:A131:E376:60DE:C5BE:DBAD:EA17, was used to e-file Salazer's tax return. Additional Verizon IP Address information is explained below.

29.     On February 24, 2025, IRS-CI Special Agents interviewed the employees of the Madison, WI TAC. The TAC employees stated they have assisted individuals to verify their identities through the TPP, so the refunds could be paid out. They believed the individuals were part of the same ITIN scheme. Each individual had an appointment and came into the TAC with manilla folders in a plastic bag. Each manilla folder had the requested refund amount written on the outside of the folder. The individuals were mostly Nicaraguan and sometimes Mexican.

30.     The Madison TAC security officer cleared all the individuals coming into the TAC. When he cleared the individuals matching the ITIN scheme, they were typically carrying either a clear or black plastic bag with documents in it. The security officer noticed dollar amounts written on the manilla folders. The security officer described a day where he observed a lady sitting in the back of a black Jeep Wagoneer, Wisconsin license plate AZM3917, handing out manilla folders to the individuals in the parking lot. The individuals would then come into the TAC to get their identities verified. The lady handing out manilla folder never entered the TAC.

31.     The Jeep Wagoneer with Wisconsin license plate AZM3917 is registered to Abexayda Yamilet Peralta (Abexayda), believed to be the daughter of Tayde and niece of Peralta per social media postings by Abexayda, Tayde, and Peralta.

32.     On March 11, 2025, Tayde accompanied a potential client, matching the ITIN scheme, into the Madison, WI TAC. Tayde acted as the interpreter for the potential client when they were verifying their identity.

*Milwaukee & Madison TAC Summary*

33.     As of April 1, 2025, there have been 76 different individuals identified matching the ITIN Scheme who came into the Milwaukee and Madison, Wisconsin TACs or Landmark Credit Union. There was 263 tax returns filed with the IRS with the tax years 2019 through 2024. These tax returns were processed in the years 2023 through 2025. See the summaries of the returns below:

| Processing/Tax Year | # of Tax Returns | Refund Claimed |
|---|---|---|
| **2023** | **12** | **$ 110,254.00** |
| 2019 | 4 | 31762 |
| 2020 | 3 | 31132 |
| 2021 | 3 | 36117 |
| 2022 | 2 | 11243 |
| **2024** | **157** | **$ 1,891,621.00** |
| 2020 | 22 | 271921 |
| 2021 | 46 | 554356 |
| 2022 | 45 | 547351 |
| 2023 | 44 | 517993 |
| **2025** | **87** | **$ 1,347,631.00** |
| 2020 | 7 | 103089 |
| 2021 | 12 | 173270 |
| 2022 | 14 | 205585 |
| 2023 | 14 | 215389 |
| 2024 | 40 | 650298 |
| **(blank)** | **7** | **$ 99,347.00** |
| 2021 | 2 | 27359 |
| 2022 | 1 | 15013 |
| 2023 | 3 | 40711 |
| 2024 | 1 | 16264 |
| **Grand Total** | **263** | **$ 3,448,853.00** |

*Forms W-2 Analysis*

12

34.     I am aware that the IRS receives two different copies of Forms W-2. One of the copies is received from the taxpayers when it is attached with their Forms 1040. The second copy is received from the Social Security Administration (SSA). Employers are responsible for sending a copy of the employees Forms W-2 to the SSA and the SSA shares them with the IRS. These two copies of the Forms W-2 should match.

35.     Of the above mentioned 263 tax returns identified, there were 150 returns where I can see the attached Form W-2. Using IRS databases, I compared the attached Forms W-2 with Employer's Forms W-2 shared to the IRS by the SSA. See the below summary:

| Description | # of Returns | Refund Claimed |
|---|---|---|
| a - No W2 matching SSN, ITIN, or Name | 88 | $ 1,191,258.00 |
| b - W2 from employer with matching SSN/ITIN and name. 1040 W2 has inflated wages and withholdings. | 9 | $ 108,108.00 |
| c - W2 from employer with matching name and different SSN/ITIN. 1040 W2 has inflated wages and withholdings. | 2 | $ 29,404.00 |
| d - W2 from different employer with matching SSN/ITIN and name. 1040 W2 has inflated wages and withholdings. | 20 | $ 274,374.00 |
| e - W2 from different employer with matching SSN/ITIN and name. 1040 W2 has deflated wages and inflated withholdings. | 1 | $ 13,799.00 |
| f - W2 from employer with matching SSN and different name. | 3 | $ 42,582.00 |
| g - W2 from different employer with matching SSN/ITIN and different name. | 27 | $ 397,362.00 |
| Grand Total | 150 | $ 2,056,887.00 |

36.     I have identified seven different ways the Forms W-2 are fraudulent and/or false. The descriptions in the above table have the following explanations:

     a.     88 tax returns had a Form W-2 attached that had no matching Form W-2 sent in by any employer. This means there was no Form W-2 that matched either the individuals name, SSN, or ITIN associated with the tax return. Due to no Forms W-2 matching, I could not compare the wages or federal income tax withholdings. With no actual Form W-2, the tax returns filed with these non-existent Forms W-2 are fraudulent. For this section, SSN or ITIN will be identified as Taxpayer Identification Number (TIN).

13

b. Nine tax returns had a Form W-2 attached that had a name and TIN that matched a Form W-2 sent in by the actual employer on the Form W-2 attached to the tax returns. The wages and federal income tax withholdings on the Form W-2 attached to the tax return were inflated compared to the Form W-2 sent in by the employer. This inflation causes the tax returns to be fraudulent.

c. Two tax returns had a Form W-2 attached that had a name that matched a Form W-2 sent in by the actual employer on the Form W-2 attached to the tax returns, but the TIN was not matching. The wages and federal income tax withholdings on the Form W-2 attached to the tax return were inflated compared to the Form W-2 sent in by the employer. This inflation causes the tax returns to be fraudulent.

d. 20 tax returns had a Form W-2 attached that had a name and TIN that matched a Form W-2 sent in by a different employer then what was on the Form W-2 attached to the tax return. The wages and federal income tax withholdings on the Form W-2 attached to the tax return were inflated compared to the Form W-2 sent in by the different employer. This inflation causes the tax returns to be fraudulent.

e. There was one tax return that had a Form W-2 attached to it that had a name and TIN that matched a Form W-2 sent in by a different employer than what was on the Form W-2 attached to the tax return. The Form W-2 attached to the tax return had deflated wages compared to the Form W-2 sent in by the different employer, but it had federal income tax withholdings inflated compared to the Form W-2 sent in by the different employer. The inflation of federal income tax withholdings caused this tax return to be fraudulent.

14

f.  Three tax returns had a Form W-2 attached that had a TIN matching a Form W-2 sent in by the actual employer on the Form W-2 attached to the tax returns, but the name of the taxpayer did not match. Due to the name not matching, I did not compare the wages or federal income tax withholdings. The name identifying someone else, would cause the Form W-2 attached to the tax return to be false and/or fraudulent.

g.  27 tax returns had a Form W-2 attached that had a TIN matching a Form W-2 sent in by a different employer than what was on the Form W-2 attached to the tax returns, but the name of the taxpayer did not match. Due to the name not matching, I did not compare the wages or federal income tax withholdings. The name identifying someone else, would cause the Form W-2 attached to the tax return to be false and/or fraudulent.

***Potential Client Interview – Milwaukee TAC***

37.  On March 3, 2025, another IRS-CI Special Agent and I interviewed Ricardo Solano Davila (Ricardo), a potential client of Peralta's, who came into the Milwaukee, WI TAC to verify his identity. Ricardo changed his story throughout the interview. During the interview, Ricardo initially stated he prepared the tax returns, but later in the interview, he stated a girl helped him with the tax returns. Ricardo explained he paid her to send the returns into the IRS.

38.  During the interview, Ricardo produced the tax returns he brought into the Milwaukee, WI TAC. Ricardo pulled out four manilla folders from a white plastic bag. Each manilla folder had handwriting on it. The writing is of Ricardo's name, approximate refund amount, a paid amount, and a owe amount. Ricardo initially stated it was his handwriting, but then

15

stated it was the girl's handwriting. Based on my training, experience, and the investigation to date, I believe that Ricardo was a client of Peralta's and that the handwriting on the manilla folders is Peralta's. See the following images:



***UC Phone Call***

39.     On March 10, 2025, an IRS-CI undercover agent (UC) attempted to call a phone number, 414-524-9949, later confirmed to have Peralta as the subscriber from Verizon. A female answered and the UC attempted to make an appointment with the female, but the female indicated that she only takes new clients by referral. She told the UC to have whoever referred the UC to call her first. Based on my training, experience, and the investigation to date, I believe that this is evidence she is engaging in illegal activity because if she is a small tax preparer, who is legitimately preparing taxes, it would be unusual to turn down business like this.

***Verizon Records***

40.     Per Verizon's records, since January 18, 2024, the phone number, 414-524-9949, subscriber is Peralta. The Verizon account number associated with the phone number is 489866043-1. Peralta's phone is an iPhone 13 Pro Max.

16

41. Per Verizon's call detail records, on March 10, 2025, the phone number, 414-524-9949, received a phone call from the UC phone number.

42. Per IRS records, between the dates of May 31, 2024, through January 21, 2025, the following 10 Verizon IP Addresses have been linked to tax returns matching the ITIN scheme filed with the IRS:

    a. 2600:1008:A130:22DE:4020:C577:BFCE:3359

    b. 2600:1008:A130:6CAE:1C01:FD57:B77B:69A1

    c. 2600:1008:A130:6CAE:C40B:F232:E1F8:464C

    d. 2600:1008:A130:7774:C14B:3621:4BD6:D994

    e. 2600:1008:A130:A25A:DF8:2D9F:5CC2:89FF

    f. 2600:1008:A131:E376:6051:C684:9A6C:1557

    g. 2600:1008:A131:E376:60DE:C5BE:DBAD:EA17

    h. 2600:1008:A131:E376:DD87:6847:B4F3:9194

    i. 2600:1008:A131:E376:E187:D1D3:15F8:4620

    j. 2600:1008:A131:E376:EC47:B56F:3051:A9A4

43. Per Verizon records, the above IP Addresses were assigned to the MSISDN, the mobile number associated with the device (phone, PDA, PC card, mobile modem), 4142429189. Per Verizon records, this MSISDN was assigned to Peralta as the subscriber. The Verizon account number associated with the MSISDN is 489866043-1.

17

### *We Energies Records*

44.     Per We Energies' records, the contact information for Peralta included a phone number, 414-524-9949; an email address, Peraltaamalia@yahoo.com (TARGET EMAIL #2); and another email address, Documentos.express@yahoo.com (TARGET EMAIL #1).

45.     The second email address, Documentos.express@yahoo.com (TARGET EMAIL #1), has been linked, per IRS records, to the creation of tax returns in the ITIN scheme.

46.     Per We Energies' records, the contact information for Tayde included an email address, Zepedatayde@yahoo.com (TARGET EMAIL #3).

47.     We Energies' records also show Tayde had previously had utility services in her name for 3606 S 22nd St, Uppr, Milwaukee, WI 53221-1406 from February 24, 2024, to March 2, 2025.

### *Charter Communication IP Addresses*

48.     Between the dates of March 19, 2024, through January 21, 2025, the following ten IP Addresses have been linked to tax returns matching the ITIN scheme filed with the IRS:

    a.    2603:6000:A800:6F5:14AA:634A:C1A2:E1CC

    b.    2603:6000:A800:6F5:3887:A2CF:CE07:2DAA

    c.    2603:6000:A800:6F5:5CC7:E4E6:6A54:5F16

    d.    2603:6000:A800:6F5:99A0:3B75:249C:C4AB

    e.    2603:6000:A800:6F5:DCC7:2FF9:6756:713A

    f.    2603:6000:A800:6F5:FCBB:961B:5E7E:CAA6

g.  2603:6000:A8F0:2160:79C8:2437:1195:F81C

h.  2603:6000:A8F0:2160:8429:ACC2:771B:2D45

i.  2603:6000:A8F0:2160:9972:EBDA:D8C0:A271

j.  2603:6000:A8F0:2160:B151:906D:2281:C1D0

49.     Per Charter Communication records, the above IP Addresses were assigned to Tayde as the subscriber. The service address for Tayde's subscriber account for the above IP addresses was 3606 South 22nd Street, Milwaukee, WI 53221. This address is a previous address of Tayde, per the above We Energies records.

50.     On February 10, 2025, there was one Form 1040 consistent with the ITIN scheme filed with the IRS from IP address 2603:6000:A7F0:5BB0:5AE:B043:6D94:7E94. Per Charter Communication records, this IP Address was assigned to Tayde as the subscriber.

51.     Per Charter Communication records, the above 11 IP addresses have the "User Name or Features" of ZEPEDATAYDE@YAHOO.COM (TARGET EMAIL #3).

### Premises Search Warrants of Locations

52.     On June 5, 2025, IRS-CI agents executed a Federal Search Warrant (25-946M(NJ)), signed by the Honorable Nancy Joseph, U.S. Magistrate Judge, on May 29, 2025, on Peralta's residence and Tayde's office.

53.     In the review of the evidence seized during the execution of the search warrant, printouts of Yahoo emails were located at both locations in multiple different client folders. At Peralta's residence, the Yahoo email printouts are from TARGET EMAIL #1 and TARGET EMAIL #2. At Tayde's office, the Yahoo email printouts are from TARGET EMAIL #3. The

19

Yahoo email printouts included emails from FreeTaxUSA.com, an online tax return filing software. The emails included forgotten password emails, federal tax return rejected emails, and federal tax return accepted emails.

54.    In the review of the evidence seized during the execution of the search warrant, printouts of FreeTaxUSA.com User Profile pages were also found at both locations. These user profile printouts, located in multiple different client folders, indicated the same email addresses, but different usernames. Based on my training, experience, and investigation to date, I know that FreeTaxUSA.com allows the same contact email address to be used for multiple different accounts, but each account needs a different username. The user profile printouts found at Peralta's residence had the email address of TARGET EMAIL #1. The user profile printouts found at Tayde's office had the email address of TARGET EMAIL #3.

55.    Based on my training, experience, and investigation to date, I believe Peralta and Tayde are utilizing the TARGET EMAILS to use FreeTaxUSA.com to prepare and file the fraudulent tax returns in the mentioned ITIN scheme.

*Yahoo Subscriber Details*

56.    Per Yahoo subscriber details, as of June 12, 2025, TARGET EMAIL #1 has the following user information: the account status is terminated; the registration date is May 11, 2011; the full name is Documentos Express; the zip/postal code is 53215; the recovery email is Peraltaamalia@yahoo.com (TARGET EMAIL #2), and it was verified on: December 31, 2020; the recovery phone is +14145249949 (Peralta's phone number per the above Verizon records), which was verified on June 6, 2025 (the day after the execution of the federal search warrant).

20

Based on my training, experience, and investigation to date, this information indicates that Peralta is the user and controls TARGET EMAIL #1.

57.     Per Yahoo subscriber details, as of June 12, 2025, TARGET EMAIL #2 has the following user information: the account status is active; the registration date is January 30, 2007; the full name is Amalia Peralta (Peralta); the city is Milwaukee; the zip/postal code is 53204; the recovery email is documentos.express@yahoo.com (TARGET EMAIL #1), and is was verified on July 15, 2020; the recovery phone is +14145249949 (Peralta's phone number per the above Verizon records), and it was verified on June 5, 2025 (the day of the execution of the federal search warrant). Based on my training, experience, and investigation to date, this information indicates that Peralta is the user and controls TARGET EMAIL #2.

58.     Per Yahoo subscriber details, as of June 12, 2025, TARGET EMAIL #3 has the following user information: the account status is active; the registration date is July 21, 2017; the full name is tayde zepeda (Tayde); the recovery phone is +15099077689, which was verified on July 21, 2027. Based on my training, experience, and investigation to date, this information indicates that Tayde is the user and controls TARGET EMAIL #3.

59.     On May 15, 2025, I submitted a preservation request to Yahoo for the TARGET EMAILS. On May 19, 2025, Yahoo accepted the preservation request.

## BACKGROUND CONCERNING EMAIL

60.     In my training and experience, I have learned that Yahoo provides a variety of on-line services, including electronic mail (email) access, to the public. Yahoo allows subscribers to obtain email accounts at the domains name yahoo.com, like the email accounts listed in Attachment A. Subscribers obtain an account by registering with Yahoo. During the registration

21

process, Yahoo asks subscribers to provide basic personal information. Therefore, the computers of Yahoo are likely to contain stored electronic communications (including retrieved and unretrieved email for Yahoo subscribers) and information concerning subscribers and their use of Yahoo services, such as account access information, email transaction information, and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

61.     A Yahoo subscriber can also store with the provider files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by Yahoo. In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, emails in the account, and attachments to emails, including picture and files.

62.     In my training and experience, email providers generally ask their subscribers to provide certain personal identifying information when registering for an email account. Such information can include the subscriber's full name, physical address, telephone numbers, and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and experience, I know that, even if subscribers insert false information to conceal their identity, this information often provides cluse to their identity, location, or illicit activities.

63.     In my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of login (i.e., session) times and durations, the types of services utilized, that status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address (IP Address) used to register the account and the IP addresses associated with particular logins to the account. Because every device the connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

64.     In my training and experience, in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

65.     As explained herein, information stored in connection with an email account may provide crucial evidence of the "who, what, when, where, why, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or

alternatively, to exclude the innocent from further suspicion. In my training and experience, the information stored in connection with an email account can indicate who has used or controlled the account. This "user attribution" evidence in analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, email communications, contact lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by the email provider can show how and when the account was accessed or used. For example, as described below, email providers typically log the IP addresses from which users access the email account, along with the time and date of the access. By determining the physical locations associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., location information integrated into an image or video sent via email). Last, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the offenses under investigation. For example, information in the email account may indicated the owner's motive and intent to commit a crime (e.g., communications relating to the crime), or consciousness of guilt (e.g., deleting communications in an effort to conceal them from law enforcement).

## **CONCLUSION**

66.     Based on the foregoing, I request that the Court issues the proposed search warrant.

24

67.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Yahoo. Because the warrant will be served on Yahoo, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## <u>ATTACHMENT A</u>

*Property to be searched*

This warrant applies to information assocated with documentos.express@yahoo.com, peraltaamalia@yahoo.com, and zepedatayde@yahoo.com that is stored at premises owned, maintained, controlled, or operated by Yahoo! Inc., a company headquartered at 770 Broadway, New York, NY 10003.

## ATTACHMENT B

*Particular Things to be Seized*

I. **Information to be disclosed by Yahoo! Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on May 15, 2025, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. The contents of all emails associated with the accounts January 1, 2019, to the present, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of services used, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The Types of service utilized;

d.      All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures and files; and

e.      All records pertaining to communications between the Provider and any person regarding the account, including contact with support services and records of actions taken.

II.  **Information to be seized by the government**

All information described above in Section I that constitutes evidence or instrumentalities of violations of Title 18 U.S.C. § 1343 (wire fraud) and Title 26 U.S.C. § 7206(2) (aiding or assisting in the preparation of false or fraudulent tax returns) involving Amalia Zepeda Peralta, Tayde Katy Zepeda Mendez, or their accomplices or associates, and occurring after January 1, 2019, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a.      Preparing and/or filing tax returns, including those involving Return Preparer and Questionable Refund schemes, including ITIN refund schemes, including efforts to prepare for conceal the scheme, or the identities of any person involved in such a scheme;

b.      Communications relating to Amalia Zepeda Peralta, Tayde Katy Zepeda Mendez, and any variations of those names.

c.      Financial transactions, financial instruments, communication concerning financial transactions, financial institutions, or transactions involving or potentially involving tax refunds;

d.      Establishing, operating, or ending business entities;

2

e.      Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

f.      Evidence indicating the email account owner's state of mind as it relates to the crimes under investigation;

g.      The identity of the person(s) who created or used the user ID, including records that help reveal the whereabout of such person(s);

h.      The identity of the person(s) who communicated with the user ID about matters relating to wire fraud and assisting in preparing and filing fraudulent tax returns, including records that help reveal their whereabouts.

3